Dane L. Hines (#7886)
Attorney at Law
245 North University Avenue
Provo, Utah 84601
Tel: 801-379-0300 Fax: (801) 375-2590
Attorney for Debtor(s)

**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Utah**

| In the Matter of: | } | |
|---|---|---|
| | } | |
| | } | Case No. 21-20239 |
| Alexander  Santana | } | |
| | } | Chapter 13 |
| | } | |
| **Debtor(s)** | } | Hon.  R. Kimball Mosier |

DEBTORS' OBJECTION TO DISMISSAL RE: TRUSTEE'S MOTION TO DISMISS,
Docket Entry #12 Dated 3/1/2021

Come now Debtor(s), by and through counsel, Dane L. Hines, and hereby object to dismissal of this case. Debtor(s) faces dismissal for failure to file with the Court or provide to the Trustee the following: picture identification at 341 meeting.

As of March 2, 2021  Debtor(s) have

_____      filed same with the Court,        or

\_\_X\_\_      provided same  to the Trustee,    sent to Sharefile on 2/26/21   or

_____      said documents will be provided to the Trustee prior to any hearing on this objection ,   or

_____      payment will post prior to any hearing on this objection .

Wherefore, Debtor(s) pray(s) the Court enter an order sustaining said objection.

\_\_\_\_\_/s/_____ Date  March 2, 2021
Dane Hines, Attorney for Debtors