Dane L. Hines (#7886)
Attorney at Law
245 North University Avenue
Provo, Utah 84601
Tel: 801-379-0300 Fax: (801) 375-2590
Attorney for Debtor(s)

**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Utah**

| | | |
|---|---|---|
| **In the Matter of**: | } | |
| | } | |
| | } | Case No. 21-20239 |
| Alexander Santana | } | |
| | } | Chapter 13 |
| | } | |
| **Debtor(s)** | } | Hon. R. Kimball Mosier |

---

ORDER RE: DEBTORS' OBJECTION TO TRUSTEE'S MOTION TO DISMISS
Docket Entry # 12 Dated 3/2/21

---

Based upon debtor's objection and good cause appearing the Court hereby finds and orders as follows:

1. The Trustee's Motion to Dismiss; (docket entry #12 dated 3/2/21), for picture identification at 341 meeting, having been satisfactorily resolved; Debtor's Objection to Dismissal is sustained.

\\ End of Doc

CLERK'S CERTIFICATE OF SERVICE

I Hereby certify that on _____, a true and correct copy of the

ORDER RE: DEBTORS' OBJECTION TO TRUSTEE'S MOTION TO DISMISS , Docket Entry #12 Dated 3/2/2021

were served via ECF or first class mail, and by certified mail where indicated, upon the persons listed below .

US TRUSTEES OFFICE, ECF

DANE L HINES, ECF

Lon A Jenkins
Ch 13 Trustee,     ECF

Alexander Santana
597 North State St Trailer # 5
Orem, UT 84057

1st Class


_____Date _____
Clerk of the Court