Dane L. Hines (#7886)
Attorney at Law
245 North University Avenue
Provo, Utah 84604
Tel: 801-379-0300 Fax: (801) 375-2590
Attorney for Debtors

**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Utah**

| In the Matter of: | } | |
|---|---|---|
| | } | |
| | } | Case No. 21-20239 |
| Alexander Santana | } | |
| | } | Chapter 13 |
| | } | |
| | } | Hon. R. Kimball Mosier |
| **Debtor(s)** | } | |

## Objection to Claim #9 of JD Receivables LLC

Comes now Debtor(s) by and through counsel and hereby objects to Claim **# 9 of JD Receivables LLC**. Debtor asserts claim is a duplicate of claim #5.

Wherefore, Debtor(s) objects to said claim and prays the court entering an Order disallowing the claim in its entirety.

_____/S/_____ Date: April 7, 2021
Dane L Hines, Attorney for Debtor(s)